**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00114-CV**
_____


**IN RE ROBERT CALDWELL**

_____

**Original Proceeding**
**Justice Court Precinct No. 1 of Polk County, Texas**
**Trial Cause No. SC1822**
_____

**MEMORANDUM OPINION**

Relator, Robert Caldwell, filed an original petition for a writ of mandamus in which he requests this Court to compel the Honorable Darrell G. Longino, Justice of the Peace for Precinct Number 1 of Polk County, Texas, to vacate his July 1, 2016 order denying Caldwell's motion for new trial in what appears to be a civil suit brought by Caldwell against the State of Texas.

Other than to enforce this Court's jurisdiction, our mandamus jurisdiction extends only to a judge of a district court, a statutory county court, a statutory probate court, or a county court in this Court's district. *See* Tex. Gov't Code Ann. §

22.221(b). Relator's petition seeks mandamus relief against a justice of the peace. We do not have jurisdiction to issue a writ of mandamus against a justice of the peace. *In re Johnson*, No. 09-09-00147-CV, 2009 WL 972977, at *1 (Tex. App.—Beaumont Apr. 6, 2009, orig. proceeding) (mem. op.). Relator neither argues nor demonstrates that the relief he requests is necessary to enforce our appellate jurisdiction. *See Easton v. Franks*, 842 S.W.2d 772, 773-74 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding). Therefore, we dismiss the petition for writ of mandamus for lack of jurisdiction.

PETITION DISMISSED.

PER CURIAM

Submitted on May 26, 2021
Opinion Delivered May 27, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.